IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MARK PURCELL FELDER, | : |
| Plaintiff, | : |
| v. | : Case No. 7:24-cv-123-WLS-ALS |
| CHARLIE MARCUS, *et al.*, | : |
| Defendants. | : |

## ORDER

Pending before the Court is a Complaint (ECF No. 1) filed by *pro se* Plaintiff Mark Purcell Felder, an individual who was incarcerated in the Valdosta State Prison in Valdosta, Georgia at the time the Complaint was filed. On March 4, 2025, the Court noted that Plaintiff was released from prison on February 22, 2025, but he did not notify the Court of this fact or provide the Court with his new mailing address. The Court reasoned that this case could not proceed if the Court had no way to communicate with Plaintiff and ordered Plaintiff to respond and show cause why this case should not be dismissed. Plaintiff was given fourteen (14) days from the date of the Order to respond, and he was warned that the failure to respond would likely result in the dismissal of this case. The Court directed the Clerk to mail a copy of the March 4th Order to Plaintiff at his last known mailing address at the Valdosta State Prison. *See generally* ECF No. 5.

The time for compliance has now passed without a response. A district court has authority to manage its docket to expeditiously resolve cases, and this authority includes

the power to dismiss a case for failure to prosecute or failure to comply with the court's orders. *Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240-41 (11th Cir. 2009) (citing Fed. R. Civ. P. 41(b)) (finding court did not err in dismissing the third amended complaint for failure to follow the court's instructions regarding how to amend the complaint). Dismissal without prejudice is generally appropriate pursuant to Rule 41(b) where a plaintiff has failed to comply with a court order, "especially where the litigant has been forewarned." *Owens v. Pinellas Cnty. Sheriff's Dep't*, 331 F. App'x 654, 656 (11th Cir. 2009) (quoting *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989)) (upholding dismissal without prejudice of *pro se* prisoner's complaint for failure to follow court's instructions). This action is therefore **DISMISSED without prejudice** because Plaintiff failed to comply with the Court's March 4, 2025 Order and failed to prosecute this case by keeping the Court informed of his current mailing address. Plaintiff's pending motions (ECF No. 2, 4) are **DENIED as moot.**

**IT IS SO ORDERED** this  10th  day of June 2025.

_/s/ W. Louis Sands_
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT