IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MARK PURCELL FELDER, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-123-WLS-ALS |
| | * |
| CHARLIE MARCUS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated June 10, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 11th day of June, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk